No. 95–1243. PLUNK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1246. SMITH v. RUNYON, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 95–1249. CHILES, GOVERNOR OF FLORIDA, ET AL. v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1259. HOLMES, DBA HOLMES BI-RITE SUPERMARKET v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1266. ALEXANDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1275. LEFEVRE ET AL. v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–1288. ALL AMERICAN ASPHALT ET AL. v. HYLES ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–1344. CHAVEZ v. HOUSING AUTHORITY OF THE CITY OF EL PASO. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 95–1373. LEBRON v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). C. A. 2d Cir. Certiorari denied.

No. 95–1405. LAMB v. CITIBANK, N. A. C. A. 2d Cir. Certiorari denied.

No. 95–1408. CARTER v. MONTANA DEPARTMENT OF TRANSPORTATION ET AL. Sup. Ct. Mont. Certiorari denied.

No. 95–1418. PEREGO ET AL. v. KING INSTRUMENT CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–1419. KIOWA TRIBE OF OKLAHOMA v. HOOVER. Sup. Ct. Okla. Certiorari denied.

No. 95–1423. CULLY v. ST. AUGUSTINE MANOR ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.